UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:02-00053 |
| | ) | JUDGE CAMPBELL |
| RANDALL PARKER | ) | |

ORDER

Pending before the Court is the Defendant's Motion For Reduction Of Sentence Pursuant To 18 U.S.C. § 3582(c)(2) And U.S.S.G. § 1B1.10(a)(1) & (c) (Docket No. 821). The Government shall file a response to the Motion on or before August 27, 2014.

It is so ORDERED.

                                                                                                      _____
                                                                                                       TODD J. CAMPBELL
                                                                                                       UNITED STATES DISTRICT JUDGE