UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:02-00053 |
| | ) | JUDGE CAMPBELL |
| RANDALL PARKER | ) | |

## ORDER

Pending before the Court is the Government's Motion For Appearance Of Co-Counsel (Docket No. 826). The Motion is GRANTED.

It is so ORDERED.

                                                  _____
                                                  TODD J. CAMPBELL
                                                  UNITED STATES DISTRICT JUDGE