UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:02-00053 |
| | ) | JUDGE CAMPBELL |
| RANDALL PARKER | ) | |

ORDER

Pending before the Court are the Defendant's *pro se* Motion To Resentence (Docket No. 830) and Motion For Reduction Of Sentence (Docket No. 832). The Motions are DENIED, without prejudice to refiling by counsel for the Defendant. (See Docket No. 829).

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE