UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:02-00053 |
| | ) | JUDGE CAMPBELL |
| RANDALL R. PARKER | ) | |

## ORDER

Pending before the Court is Defendant's Motion to Extend Brief Filing Deadline (Docket No. 834). The Motion is GRANTED.

Counsel for Defendant shall have until December 5, 2014, to file any supplemental briefs and the Government shall have until December 29, 2014 to file any response.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE